JOHN P. MOFFETT, JR. *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION
(7525)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.

Argued May 9—decision released May 17, 1989

*James K. Smith,* with whom, on the brief, was *Robert J. Guendelsberger,* for the appellant (plaintiff).

*Louis B. Blumenfeld,* with whom was *Joseph A. LaBella* and, on the brief, *Richard A. Ferris,* for the appellee (defendant).

PER CURIAM. There is no error.